UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:07-CR-88 |
| V. ) | (Varlan / Guyton) |
| ) | |
| ROY LYNN OAKLEY, ) | |
| ) | |
| Defendant. ) | |

O R D E R

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This matter came before the Court October 17, 2007, for further proceedings with respect to the government's Motion for Supplemental Order [Doc. 21], filed under seal with the clerk of the court pursuant to previous directive of the Court.

The government was represented by Assistant United States Attorneys David Dake and Anthony Garcia. Defendant Roy Oakley was present, represented by his counsel, Herbert S. Moncier. Defendant Oakley has filed a Response in Opposition [Doc. 34], likewise under seal. The Court received argument of counsel and has taken the issues raised under advisement. The Court has previously declared this case to be unusual and complex and has found that the case includes

novel questions of fact or law, within the meaning of the Speedy Trial Act 18 U.S.C. 3161(h)(8)(B)(ii).

IT IS SO ORDERED.

**ENTER**:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge